# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| STEPHEN D. MCMULLEN, ) | |
| ) | Case No. 1:06-CV-02467 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE ANN ALDRICH |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge George J. Limbert |
| ) | |
| Defendant. ) | |
| ) | **MEMORANDUM AND ORDER** |
| ) | |

Before this court is plaintiff Stephen D. McMullen's ("McMullen") motion for an award of attorneys' fees [Docket No. 21] under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). Defendant Commissioner of Social Security does not object to an award of fees nor to the amount requested by McMullen [Docket No. 22]. The court, having examined the time sheet submitted by McMullen, [Docket No. 21-2] finds that the hourly rate and hours expended are reasonable. Accordingly, the court hereby grants McMullen's motion and orders that $2,828.75 be paid directly to McMullen's attorney, Katherine Braun.

IT IS SO ORDERED.

                                                         /s/ Ann Aldrich
                                                         ANN ALDRICH
                                                         UNITED STATES DISTRICT JUDGE

**Dated: December 20, 2007**